STATE OF NEW JERSEY v. THOMAS GILLESPIE, JR.

May 15, 1979. Petition for certification denied.

ANGELO A. CERBONE v. BURLINGTON ELEVATORS, INC.

May 15, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED A. GREENBERG.

May 15, 1979. Petition for certification denied.

BEROL CORPORATION v. MILCO PLASTICS.

May 15, 1979. Petition for certification denied.

ANNA C. NEWHARD v. JOHNSON & JOHNSON.

May 15, 1979. Petition for certification denied.

COUNTY OF HUDSON v. STATE OF NEW JERSEY,
DEPARTMENT OF HUMAN SERVICES.

May 15, 1979. Petition for certification denied.